# "AMENDED"

## FINANCIAL DISCLOSURE REPORT

Calendar Year 2003

| AO-10 Rev. 1/2004 | | |
|---|---|---|

**Report Required by the Ethics in Government Act of 1978**
**(5 U.S.C. app. §§ 101-111)**

| 1. Person Reporting (Last name, First name, Middle initial) TEILBORG, JAMES A | 2. Court or Organization U.S. DISTRICT COURT | 3. Date of Report 7/13/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE - ACTIVE | 5. Report Type (check appropriate type) ○ Nomination, Date ○ Initial ◉ Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address 401 WEST WASHINGTON STREET SUITE 523-SPC 51 PHOENIX, AZ 85003-2154 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | TRUST # 1 |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1997 | METROPOLITAN LIFE # 1 (STRUCTURED SETTLEMENT - COMPENSATION FOR PRIOR SERVICES) |
| 2. 1997 | METROPOLITAN LIFE # 2 (STRUCTURED SETTLEMENT - COMPENSATION FOR PRIOR SERVICES) |

RECEIVED 2004 JUL 14 P 3: 10 FINANCIAL DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| TEILBORG, JAMES A | 7/13/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | METROPOLITAN LIFE (STRUCTURED SETTLEMENT - COMPENSATION FOR PRIOR SERVICES) | 13,000 |
| 2. | 2003 | METROPOLITAN LIFE (STRUCTURED SETTLEMENT - COMPENSATION FOR PRIOR SERVICES) | 6,888 |

### B. Spouse's Non-Investment Incom  - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V.  GIFTS.  (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE   - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |


## VI.  LIABILITIES.  (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE   - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A | 7/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. NOTE RECEIVABLE FROM SANDERS & PARKS, P.C. | | None | | | PMTS. RECD. | 1/7 | K | E | SANDERS & PARKS, P.C. |
| 2. RENTAL PROPERTY # 1, ▓▓▓ CO. | E | Rent | M | W | | | | | |
| 3. RAW LAND, ▓▓▓ AZ. (2000 $79,000.) | | None | L | R | | | | | |
| 4. AMERICAN SCANDIA ANNUITY | B | Dividend | N | T | | | | | |
| 5. G.E. ANNUITY POLICY # 1 | B | Dividend | N | T | | | | | |
| 6. G.E. ANNUITY POLICY # 2 | A | Dividend | K | T | | | | | |
| 7. HARTFORD LIFE ANNUITY | A | Dividend | K | T | | | | | |
| 8. PACIFIC LIFE ANNUITY # 1 | A | Dividend | K | T | | | | | |
| 9. LAKE PLEASANT 241 LIMITED PARTNERSHIP | A | Distribution | K | U | | | | | |
| 10. BRITTANY SQUARE SHOPPING CENTER, LIMITED PARTNERSHIP | B | Distribution | K | U | PARTIAL DIST | 5/15 | K | | |
| 11. BELL PARK SHOPPING CENTER, LLC | A | Distribution | J | U | PARTIAL DIST | 2003 | J | | |
| 12. PORTA BELLA LENDER, LLC | A | None | | | WORTHLESS | 2003 | J | | |
| 13. NORTH PHOENIX VALUE ENHANCEMENT INVESTORS, L.P. | A | Distribution | | | FINAL DIST. | 2003 | K | D | |
| 14. DAVIS NEW YORK VENTURE FD, CLASS A | A | Dividend | M | T | | | | | |
| 15. DREYFUS A BOND PLUS FUND | C | Dividend | M | T | | | | | |
| 16. DREYFUS BASIC GNMA FD | C | Dividend | M | | PARTIAL SELL | 1/27 | J | A | |
| 17. | | | | | PARTIAL SELL | 4/24 | J | A | |
| 18. | | | | | PARTIAL SELL | 7/25 | J | A | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
   S = Assessment    T = Cash/Market

| | | | | | | (3) | | |
|---|---|---|---|---|---|---|---|---|
| 21. | PACE MONEY MARKET INVESTORS, CLASS P | A | Dividend | J | T | | | |
| 22. | USB BANK USA DEP ACCT (NAME CHANGE FROM PAINEWEBBER CASH FD) | A | Interest | J | T | PARTIAL SELL | 3/7 | M |
| 23. | BANK OF AMERICA ACCOUNTS | A | Interest | J | T | | | |
| 24. | BANK ONE ACCOUNTS | A | Interest | J | T | | | |
| 25. | RMA MONEY MARKET PORTFOLIO | A | Dividend | J | T | PARTIAL SELL | 4/23 | M |
| 26. | | | | | | PARTIAL SELL | 9/17 | K |
| 27. | | | | | | PARTIAL SELL | 10/29 | L |
| 28. | THERMOSURGERY, INC. | | None | J | T | | | |
| 29. | NATIONWIDE LIFE POLICY | B | Dividend | L | T | | | |
| 30. | PACIFIC LIFE ANNUITY POLICY # 2 (SELECT EXEC II) | C | Dividend | O | T | | | |
| 31. | EQUITABLE LIFE POLICY | A | Dividend | M | T | | | |
| 32. | AMERICAN FUNDS AMCAP FUND, CLASS F | A | Dividend | M | T | | | |
| | FEDERATED KAUFMAN FUND, CLASS A | A | Dividend | L | T | | | |
| 34. | LORD ABBETT MIDCAP VALUE FUND, CLASS A | B | Distribution | L | T | | | |
| | ROYCE PREMIER FUND | C | Dividend | M | T | | | |
| 36. | HARTFORD LIFE INSURANCE LEADERS ANNUITY | A | Dividend | M | T | | | |

1. Income/Gain Codes:     A  = $1,000 or less        B   $1,001-$2,500       C  = $2,501-$5,000        D  = $5,001-$15,000      E  = $15,001-$50,000
   (See Columns B1 and D4)  F  = $50,001-$100,000   G   $100,001-$1,000,000   H1  $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:           J   $15,000 or less        K   $15,001-$50,000      L  = $50,001-$100,000     M  = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000   O  = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                           P3 = $25,000,001-$50,000,000                        P4 = $More than $50,000,000

3. Value Method Codes:    Q   Appraisal            R   Cost (Real Estate Only)  S   Assessment            T   Cash/Market

| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. GUARDIAN LIFE INSURANCE CO. | A | Dividend | M | T | BUY | 3/7 | M | | |
| 38. DESERT HANGER OWNERS, INC. | | None | L | U | BUY | 10/29 | L | | |
| 39. ASSETS OF TRUST # 1: LINES 40 THROUGH 53 | | | | | | | | | |
| 40. COMMUNITY BANK OF ARIZONA | A | Interest | | | CLOSE ACCT. | 12/19 | K | | |
| 41. AIM EQUITY FUNDS INCORPORATED CONSTELLATION | A | Dividend | K | T | | | | | |
| 42. DAVIS NY VENTURE FUND, INC., CLASS A | A | Dividend | K | T | | | | | |
| 43. FIRST EAGLE SOGEN FDS INC. OVERSEAS FUND | A | Dividend | K | T | | | | | |
| 44. LORD ABBETT MIDCAP VALUE FUND, CLASS A | A | Dividend | K | T | | | | | |
| 45. BLACKROCK INTERNATIONAL BOND PORTFOLIO SERVICE CLASS | A | Dividend | K | T | | | | | |
| 46. CALVERT INCOME FUND CLASS A | A | Dividend | K | T | | | | | |
| 47. CREDIT SUISSE GLOBAL FIXED INCOME FUND | A | Dividend | K | T | | | | | |
| 48. PIMCO TOTAL RETURN FUND, CLASS A | A | Dividend | K | T | | | | | |
| 49. STRONG GOVERNMENT SECURITIES FUND | A | Dividend | K | T | | | | | |
| 50. TARGET TOTAL RETURN BOND PORTFOLIO | A | Dividend | K | T | | | | | |
| 51. COMMAND BANK | A | Interest | J | T | BUY | 12/22 | J | | |
| 52. | | | | | PARTIAL SELL | 12/29 | J | | |
| 53. | | | | | PARTIAL SELL | 12/30 | J | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C =  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes:  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | TEILBORG, JAMES A | 7/13/2004 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

II. AGREEMENTS: THE SANDERS & PARKS, P.C. (COMPENSATION FOR PRIOR SERVICES) AGREEMENT REPORTED IN PRIOR YEARS HAS BEEN COMPLETED, THEREFORE IT IS NO LONGER BEING LISTED.

THIS "AMENDED" A0-10, FINANCIAL DISCLOSURE REPORT IS TO CORRECT THE FOLLOWING ITEMS ON THE ORIGINAL AO-10, FINANCIAL DISCLOSURE REPORT DATED 5/5/2004:
1. SECTION 7, RECORD 3 -- THE PURCHASE YEAR AND THE PURCHASE PRICE HAS BEEN INCLUDED FOR THIS ASSET.
2. SECTION 7, RECORD 10 -- THIS DISTRIBUTION HAS BEEN CORRECTED TO REFLECT IT AS A PARTIAL DISTRIBUTION.
3. SECTION 7, RECORD 11 -- THIS DISTRIBUTION HAS BEEN CORRECTED TO REFLECT IT AS A PARTIAL DISTRIBUTION.
4. SECTION 7, RECORDS 16, 17, 18, AND 19 HAVE BEEN INSERTED TO REFLECT THE DREYFUS BASIC GNMA FD ASSET WHICH WAS INADVERTENTLY OMITTED FROM THE ORIGINAL REPORT.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | TEILBORG, JAMES A | 7/13/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____     Date  _13 JUL 04_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544

| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) TEILBORG, JAMES A | 2. Court or Organization U.S. DISTRICT COURT, ARIZONA | 3. Date of Report 5/5/04 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE - ACTIVE | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/03 to 12/31/03 |
| 7. Chambers or Office Address 401 WEST WASHINGTON STREET SUITE 523-SPC 51 PHOENIX, AZ 85003-2154 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | TRUST #1 |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1997 | METROPOLITAN LIFE #1 (STRUCTURED SETTLEMENT - COMPENSATION FOR PRIOR SERVICES |
| 2. 1997 | METROPOLITAN LIFE #2 (STRUCTURED SETTLEMENT - COMPENSATION FOR PRIOR SERVICES |

FINANCIAL DISCLOSURE 2004 MAY 01 P 3: 08 RECEIVED

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A | 5/5/04 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | METROPOLITAN LIFE (STRUCTURED SETTLEMENT - COMPENSATION FOR PRIOR SERVICES) | 13,000 |
| 2. | 2003 | METROPOLITAN LIFE (STRUCTURED SETTLEMENT - COMPENSATION FOR PRIOR SERVICES) | 6,888 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | TEILBORG, JAMES A | 5/5/04 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | TEILBORG, JAMES A | 5/5/04 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ⊐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. NOTE RECEIVABLE FROM SANDERS & PARKS, P.C. | | None | | | PMTS. RECD. | 1/7 | K | E | SANDERS & PARKS, P.C. |
| 2. RENTAL PROPERTY #1, ▮▮▮ CO | E | Rent | M | W | | | | | |
| 3. RAW LAND, ▮▮▮ AZ | | None | L | R | | | | | |
| 4. AMERICAN SKANDIA ANNUITY | B | Dividend | N | T | | | | | |
| 5. G.E. ANNUITY POLICY #1 | B | Dividend | N | T | | | | | |
| 6. G.E. ANNUITY POLICY #2 | A | Dividend | K | T | | | | | |
| 7. HARTFORD LIFE ANNUITY | A | Dividend | K | T | | | | | |
| 8. PACIFIC LIFE ANNUITY #1 | A | Dividend | K | T | | | | | |
| 9. LAKE PLEASANT 241 LIMITED PARTNERSHIP | A | Distribution | K | U | | | | | |
| 10. BRITTANY SQUARE SHOPPING CENTER, LIMITED PARTNERSHIP | B | Distribution | K | U | DISTRIBUTION | 5/15 | K | | |
| 11. BELL PARK SHOPPING CENTER, LLC | A | Distribution | J | U | DISTRIBUTION | 2003 | J | | |
| 12. PORTA BELLA LENDER, LLC | | None | | | WORTHLESS | 2003 | J | | |
| 13. NORTH PHOENIX VALUE ENHANCEMENT INVESTORS, L.P. | A | Distribution | | | FINAL DIST. | 2003 | K | D | |
| 14. DAVIS NEW YORK VENTURE FD, CLASS A | A | Dividend | M | T | | | | | |
| 15. DREYFUS A BOND PLUS FUND | C | Dividend | M | T | | | | | |
| 16. OPPENHEIMER GLOBAL FUND, CLASS A | A | Dividend | L | T | | | | | |
| 17. PACE MONEY MARKET INVESTORS, CLASS P | A | Dividend | J | T | | | | | |
| 18. USB BANK USA DEP ACCT (NAME CHANGE FROM PAINEWEBBER CASH FD) | A | Interest | J | T | PARTIAL SELL | 3/7 | M | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
   R = Cost (Real Estate Only)   S = Assessment   T = Cash-Market

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A | 5/5/04 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. BANK OF AMERICA ACCOUNTS | A | Interest | J | T | | | | | |
| 20. BANK ONE ACCOUNTS | A | Interest | J | T | | | | | |
| 21. RMA MONEY MARKET PORTFOLIO | A | Dividend | J | T | PARTIAL SELL | 4/23 | M | | |
| 22. | | | | | PARTIAL SELL | 9/17 | K | | |
| 23. | | | | | PARTIAL SELL | 10/29 | L | | |
| 24. THERMOSURGERY, INC. | | None | J | T | | | | | |
| 25. NATIONWIDE LIFE POLICY | B | Dividend | L | T | | | | | |
| 26. PACIFIC LIFE ANNUITY POLICY #2 (SELECT EXEC II) | C | Dividend | O | T | | | | | |
| 27. EQUITABLE LIFE POLICY | A | Dividend | M | T | | | | | |
| 28. AMERICAN FUNDS AMCAP FUND, CLASS F | A | Dividend | M | T | | | | | |
| 29. FEDERATED KAUFMAN FUND, CLASS A | A | Dividend | L | T | | | | | |
| 30. LORD ABBETT MIDCAP VALUE FUND, CLASS A | B | Distribution | L | T | | | | | |
| 31. ROYCE PREMIER FUND | C | Dividend | M | T | | | | | |
| 32. HARTFORD LIFE INSURANCE LEADERS ANNUITY | A | Dividend | M | T | | | | | |
| 33. GUARDIAN LIFE INSURANCE CO. | A | Dividend | M | T | BUY | 3/7 | M | | |
| 34. DESERT HANGER OWNERS, INC. | | None | L | U | BUY | 10/29 | L | | |
| 35. ASSETS OF TRUST #1: LINES 36 THROUGH 47 | | | | | | | | | |
| 36. COMMUNITY BANK OF ARIZONA | A | Interest | | | CLOSE ACCT | 12/19 | K | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A | 5/5/04 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 37. AIM EQUITY FUNDS INCORPORATED CONSTELLATION | A | Dividend | K | T | | | | | |
| 38. DAVIS N Y VENTURE FUND INC, CLASS A | A | Dividend | K | T | | | | | |
| 39. FIRST EAGLE SOGEN FDS INC OVERSEAS FUND | A | Dividend | K | T | | | | | |
| 40. LORD ABBETT MIDCAP VALUE FUND, CLASS A | A | Dividend | K | T | | | | | |
| 41. BLACKROCK INTERNATIONAL BOND PORTFOLIO SERVICE CLASS | A | Dividend | K | T | | | | | |
| 42. CALVERT INCOME FUND CLASS A | A | Dividend | K | T | | | | | |
| 43. CREDIT SUISSE GLOBAL FIXED INCOME FUND | A | Dividend | K | T | | | | | |
| 44. PIMCO TOTAL RETURN FUND CLASS A | A | Dividend | K | T | | | | | |
| 45. STRONG GOVERNMENT SECURITIES FUND | A | Dividend | K | T | | | | | |
| 46. TARGET TOTAL RETURN BOND PORTFOLIO | A | Dividend | K | T | | | | | |
| 47. COMMAND BANK | A | Interest | J | T | BUY | 12/22 | J | | |
| 48. | | | | | PARTIAL SELL | 12/29 | J | | |
| 49. | | | | | PARTIAL SELL | 12/30 | J | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

   ........ Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | TEILBORG, JAMES A | 5/5/04 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

II. AGREEMENTS:  THE SANDERS & PARKS, P.C. (COMPENSATION FOR PRIOR SERVICES) AGREEMENT REPORTED IN PRIOR YEARS HAS BEEN COMPLETED, THEREFORE IT IS NO LONGER BEING LISTED.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | TEILBORG, JAMES A | 5/5/04 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▮▮▮▮▮▮▮▮▮▮▮▮                Date 7 MAY 04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544